## Case No. 12,728.

### SHAWHAN v. WHERRITT.

[Cited in Beattie v. Gardner, Case No. 1,195. Nowhere reported; opinion not now accessible.]